SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
JASON W. KEARNAGHAN, Cal. Bar No. 207707
jkearnaghan@sheppardmullin.com
HILARY A. HABIB, Cal. Bar No. 293431
hhabib@sheppardmullin.com
IAN A. MICHALAK, Cal. Bat No. 335425
imichalak@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213-620-1780
Facsimile: 213-620-1398

MELANIE M. HAMILTON, Cal. Bar No. 268037
mhamilton@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for Defendants
HCA HEALTHCARE, INC., HEALTHTRUST WORKFORCE SOLUTIONS, LLC, and LOS ROBLES REGIONAL MEDICAL CENTER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACQUI RUM, on behalf of herself and all others similarly situated<br><br>PLAINTIFF,<br><br>v.<br><br>HCA HEALTHCARE, INC., a Delaware Corporation; HEALTHTRUST WORKFORCE SOLUTIONS, LLC, a Tennessee Limited Liability Company; LOS ROBLES REGIONAL MEDICAL CENTER, a California Corporation; and DOES 1 through 100, inclusive<br><br>DEFENDANTS. | Case No. 2:23-cv-05142<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441(c) (FEDERAL QUESTION JURISDICTION)** |

SMRH:4894-7527-1788.1
-1-

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants HCA Healthcare, Inc., HealthTrust Workforce Solutions, LLC, and Los Robles Regional Medical Center (collectively, "**Defendants**")[1] hereby provide notice of the removal to the United States District Court for the Central District of California of the following lawsuit, originally filed on April 19, 2023 in the Superior Court for the County of Ventura: *Jacqui Rum v. HCA Healthcare, Inc. et al.*, LASC Case No. 2023CUOE007969 (the "**State Court Action**"). The following is a short, plain statement of the grounds for removal. *See* 28 U.S.C. § 1446(a).

## A.   DESCRIPTION OF THE ACTION.

On April 19, 2023, Plaintiff Jacqui Rum ("**Plaintiff**") filed a civil complaint against Defendants in the Ventura County Superior Court. The Complaint asserted claims for (1) failure to indemnify necessary expenditures; (2) failure to provide meal periods; (3) failure to provide rest periods; (4) failure to pay all wages due at separation; (5) failure to provide accurate wage statements; and (6) violation of the unfair competition law. A copy of the Complaint is attached hereto as **EXHIBIT A**.

On May 10, 2023, Plaintiff filed a First Amended Complaint ("FAC") against Defendants, asserting claims for (1) failure to indemnify necessary expenditures; (2) failure to provide meal periods; (3) failure to provide rest periods; (4) failure to pay all wages due at separation; (5) failure to provide accurate wage statements; (6) violation of the unfair competition law; and (7) violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. section 201 *et seq*.

The nature of the action is more fully stated in the FAC, a copy of which is attached hereto as part of **EXHIBIT D**.

---

[1] All Defendants consent to the removal of this action. See 28 U.S.C. § 1446

SMRH:4894-7527-1788.1

**B.     BASIS FOR REMOVAL (FEDERAL QUESTION).**

Under 28 U.S.C. § 1331, the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Here, Plaintiff asserts against Defendants a cause of action under the FLSA, 29 U.S.C. section 201 *et seq*. [Complaint, ¶¶ 115-128.]  Accordingly, Plaintiff has asserted a claim "arising under the . . . laws of the United States."  28 U.S.C. § 1331.

**C.     THE NOTICE OF REMOVAL IS PROCEDURALLY PROPER.**

Based on the foregoing, this action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.  There is supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367(c).

This Notice of Removal is timely filed as it is filed within thirty (30) days of the first receipt by Defendant Los Robles Regional Medical Center of a copy of a paper (in this case, the FAC, which first asserted a claim under the FLSA) that revealed this case was properly removable.  28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

In accordance with the requirements of 28 U.S.C. § 1446(a), copies of the Complaint, FAC, and all other papers served on Defendants and/or filed in the State Court Action as of the filing of this Notice of Removal are attached hereto as **EXHIBITS A-F**.

The Defendants will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Ventura, as further required by § 1446.

Venue is proper in this Court because the action is being removed from the Superior Court in the County of Ventura.

There are no other named defendants whose consent would be required for removal.  *See* 28 U.S.C. § 1446.

SMRH:4894-7527-1788.1

**D.     CONCLUSION**

For all of the foregoing reasons, Defendants request that the State Court Action pending before the Superior Court of the State of California for Ventura County be removed to the United States District Court for the Central District of California as if originally filed herein.

Dated:  June 28, 2023         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/Hilary A. Habib*
RICHARD J. SIMMONS
JASON W. KEARNAGHAN
MELANIE M. HAMILTON
HILARY A. HABIB
IAN A. MICHALAK

Attorneys for Defendants
HCA HEALTHCARE, INC., HEALTHTRUST WORKFORCE SOLUTIONS, LLC, and LOS ROBLES REGIONAL MEDICAL CENTER

SMRH:4894-7527-1788.1