# EXHIBIT F

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF VENTURA**

800 South Victoria Avenue
Ventura, CA 93009
(805) 289-8525
www.ventura.courts.ca.gov

## NOTICE OF CASE ASSIGNMENT AND MANDATORY APPEARANCE

Your case has been assigned for all purposes to the judicial officer indicated below.

A copy of this Notice of Case Assignment and Mandatory Appearance shall be served by the filing party on all named Defendants/Respondents with the Complaint or Petition, and with any Cross-Complaint or Complaint in Intervention that names a new party to the underlying action.

| | | |
|---|---|---|
| **Case Number:** 2023CUOE007969 | | **Location:** Hall of Justice |
| **Assigned Judicial Officer:** Ben Coats | | **Department:** 43 |
| **Hearing:** MANDATORY APPEARANCE CMC/Order to Show Cause Re Sanctions/Dismissal for Failure to File Proof of Service/Default | | |
| **Event Date:** 11/03/2023 | **Event Time:** 8:15 AM | **Event Department:** 22B |

### Scheduling Information

**Judicial Scheduling Information:** The above hearing is MANDATORY. Each party must file a Case Management Statement no later than 15 calendar days prior to the hearing and serve it on all parties. If your Case Management Statement is untimely, it may NOT be considered by the court (CRC 3.725). If proof of service and/or request for entry of default have not been filed: At the above hearing you are ordered to show cause why you should not be compelled to pay sanctions and/or why your case should not be dismissed (CCP 177.5, Local Rule 3.17).

**Advanced Jury Fee Requirement:** At least one party demanding a jury trial on each side of a civil case must pay a non-refundable jury fee of $150. The non-refundable jury fee must be paid timely pursuant to Code of Civil Procedure section 631.

**Noticed Motions/Ex Parte Matters:** To set an ex parte hearing, contact the judicial secretary in the assigned department. Contact the clerk's office to reserve a date for a law and motion matter.

**Telephonic Appearance:** Telephonic appearance at the Case Management Conference is permitted pursuant to CRC 3.670. In addition, see Local Rule 7.01 regarding notice to the teleconference provider. The court, through the teleconference provider, will contact all parties and counsel prior to the hearing.

Clerk of the Court,

Date: 04/19/2023

Hannah Cressy

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

Superior Court of California, County of Ventura, Hall of Justice, Department 43

**2023CUOE007969** April 21, 2023
**JACQUI RUM vs HCA HEALTHCARE INC, et al.** 9:44 AM

Judge: Honorable Ben Coats
Judicial Secretary: H. McIntyre
CSR: None

APPEARANCES:

**NATURE OF PROCEEDINGS:** COMPLEX CASE & CLASS ACTION DESIGNATION

The Court, having reviewed this matter, hereby grants the request to deem this case complex. The Court also deems this case a class action. A Case Management Conference is scheduled for 5/22/23 at 08:30 AM in Department 43.

The above-entitled case has been designated a Complex Case and is assigned to the Ventura Superior Court Complex Track.

All named defendants must be timely served by Plaintiff. All anticipated pretrial events will be calendared at this Case Management Conference. Plaintiff's counsel is ordered to give notice to all named parties within 30 days of this hearing.

The court requires that the parties file a Joint Complex Case Status Report, in pleading format, setting forth the following:

1. A brief summary of the case;
2. All anticipated discovery and estimated completion dates;
3. If monetary damages are sought, the estimated amount of such damages;
4. Whether or not a document repository will be required;
5. The estimated date by which all new parties are to be brought in;
6. The estimated date by which the case will be “at issue”;
7. Estimated dates by which site inspections and destructive testing, if any, are to be accomplished;
8. The need for appointment of discovery referee and/or mediators;
9. Any other information the parties believe will be of use to the court in this conference.

The Joint Complex Status Report must be filed with the court at least 5 CALENDAR DAYS PRIOR to the hearing date.

Failure to appear and/or comply with this notice may result in the imposition of sanctions,

including but not limited to, dismissal of your case.

See California Rules of Court Rule 3.670 regarding telephonic appearances. In addition, see Local Rule 7.01 regarding notice to the teleconference provider and requirement of an extra copy of title page or notice for the court clerk. The court, through CourtCall Service, will contact all parties and counsel prior to the hearing.

Note: Pursuant to Government Code Section 70616, in addition to the first appearance fee, a complex case fee shall be paid on behalf of each party at the time that party files its first paper in the case. For questions, please call (805) 289-8525.

Certificate of Mailing is attached.

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF VENTURA | FOR COURT USE ONLY |
|---|---|
| COURTHOUSE ADDRESS:<br>Hall of Justice<br>800 South Victoria Ave<br>Ventura, CA 93009 | |
| PLAINTIFF/PETITIONER:<br>Jacqui Rum | |
| DEFENDANT/RESPONDENT:<br>HCA Healthcare Inc | |
| CASE TITLE:<br>JACQUI RUM vs HCA HEALTHCARE INC, et al. | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>2023CUOE007969 |

**I certify that I am not a party to this cause. I certify that a true copy of the Minute Order (COMPLEX CASE & CLASS ACTION DESIGNATION) of 04/21/2023 was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Ventura, California, on 04/21/2023.**

Jason T. Hatcher
The Myers Law Group, APC
9327 Fairway View Pl Ste 100
Rch Cucamonga, CA 91730

Brenda L. McCormick, Executive Officer/Clerk

Dated: 04/21/2023

By: [signature]
H McIntyre, Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA**

*COURTHOUSE ADDRESS:*
Hall of Justice
800 South Victoria Ave
Ventura, CA 93009

*PLAINTIFF/PETITIONER:* Jacqui Rum

*DEFENDANT/RESPONDENT:* HCA Healthcare Inc

*CASE TITLE:*
JACQUI RUM vs HCA HEALTHCARE INC, et al.

| **NOTICE OF REJECTION** | *CASE NUMBER:* 2023CUOE007969 |
|---|---|

**Your submission cannot be processed for the following reason(s):**

Document: Proof of Service of Summons

- ☐ Fee(s) due: Please resubmit with a money order or check in the amount of $__________. DO NOT send cash.
- ☐ Unable to file without leave of court. No order on file.
- ☐ Unable to file default. Responsive pleading filed on ____________.
- ☐ Dismissal entered on ____________.
- ☐ Judgment entered on ____________.
- ☐ Document previously filed on ____________. Please re-check your records.
- ☐ Pleading(s) must comply with California Rules of Court 2.111 et. seq.
- ☐ Parties' name(s) on Proof of Service does not match parties on Complaint.
- ☑ Other: Section 5B is missing the "Time" the documents were left" and the name of the person they left it with "in the presence of (name and title or relationship to person indicated in item 3)"

Should you need further assistance, please call the Civil Clerk's Office at (805) 289-8525.

Please return this correspondence with your resubmission.

Clerk of the Court,

Date: 05/17/2023

By: [signature]
Nina Lemos

Electronically FILED by Superior Court of California County of Ventura 05/17/2023 Brenda L. McCormick Executive Officer and Clerk Joan Foster Deputy Clerk

Ventura Superior Court Accepted through eDelivery submitted 05-17-2023 at 03:41:20 PM

David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff Jacqui Rum, and all others similarly situated.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**FOR THE COUNTY OF VENTURA**

JACQUI RUM, on behalf of herself and all others similarly situated

PLAINTIFF,

v.

HCA HEALTHCARE, INC., a Delaware Corporation; HEALTHTRUST WORKFORCE SOLUTIONS, LLC, a Tennessee Limited Liability Company; LOS ROBLES REGIONAL MEDICAL CENTER, a California Corporation; and DOES 1 through 100, inclusive

DEFENDANTS.

Case No.: 2023CUOE007969

CLASS ACTION

*Assigned to: Hon. Ben Coats*

**PLAINTIFF'S CASE MANAGEMENT CONFERENCE**

Date: May 22, 2023
Time: 8:30 a.m.
Dept.: 43

Ventura Superior Court Accepted through eDelivery submitted 05-17-2023 at 03:41:20 PM

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Jacqui Rum ("Plaintiff") hereby submits Plaintiff's Case Management Conference in anticipation of the May 22, 2023 Case Management Conference.

Plaintiff requests that the May 22, 2023 Case Management Conference be continued to the end of June 2023 or July 2023 to allow time for Plaintiff to hear from defense counsel subsequent to Plaintiff serving the Summons, Complaint, and Minute Order re: Complex Case & Class Action Designation on Defendants in the beginning of May 2023.

Plaintiff notes that the original class action complaint in this case was only first filed on April 19, 2023.

Dated: 5/17/2023

**THE MYERS LAW GROUP, A.P.C.**

By: ______________________________
David P. Myers
Jason Hatcher
Attorneys for Plaintiff JACQUI RUM and all others similarly situated.

Ventura Superior Court Accepted through eDelivery submitted 05-17-2023 at 03:41:20 PM

## PROOF OF SERVICE

I am employed in the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is 9327 Fairway View Place Ste. 100, , Rancho Cucamonga, CA 91730.

On May 17, 2023, I served the foregoing document described as **PLAINTIFF'S CASE MANAGEMENT CONFERENCE** by serving interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

HCA Healthcare, Inc.
Agent: Elaine Selan
416 W. San Ysidro Blvd., L-1958
San Ysidro, CA., 92173

Healthtrust Workforce Solutions, LLC
Agent: CT Corporation System
330 N. Brand Blvd.
Glendale, CA., 91203

Los Robles Regional Medical Center
Agent: CT Corporation System
330 N. Brand Blvd.
Glendale, CA., 91203

I am "readily familiar" with the firm's practice of services of process. Under that practice, this document would be deposited:

__X___ **(BY CERTIFIED MAIL)**: with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

____ **(BY EMAIL)** I caused the document(s) to be sent to the person(s) at the electronic address(es) listed above. I did not receive any electronic message or indication that the transmission was unsuccessful.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 17, 2023 at Monrovia, California.

*Warquiria Carlos*
Warquiria Carlos

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

David Meyers | SBN: 206137
The Myers Law Group, APC
9327 Fairway View Pl Ste 100 Rancho Cucamonga, CA 917300969

TELEPHONE NO.: (909) 919-2027 | FAX NO. (888) 375-2102 | E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff:

FOR COURT USE ONLY

Electronically
**FILED**
by Superior Court of California
County of Ventura
05/19/2023
Brenda L. McCormick
Executive Officer and Clerk
Yvette Madrigal
Deputy Clerk

Dept/Div:

**VENTURA COUNTY SUPERIOR COURT**

STREET ADDRESS: 800 S. VICTORIA AVE.
MAILING ADDRESS:
CITY AND ZIP CODE: VENTURA, CA 93009
BRANCH NAME: WEST VENTURA COUNTY

PLAINTIFF: Jacqui Rum
DEFENDANT: HCA HEALTHCARE, INC.

CASE NUMBER: 2023CUOE007969

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 12920

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Minute Order and Notice of Case Assignment**
3. a. Party served *(specify name of party as shown on documents served):*
   **LOS ROBLES REGIONAL MEDICAL CENTER**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **John Montijo - CT Corporation System - Agent for Service**
   **Age: 20's Weight: 150 Hair: Black Sex: Male Height: 5'6 Eyes: Brown Race: Hispanic**
4. Address where the party was served: **330 N Brand Blvd Glendale, CA 91203-2308**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/8/2023** (2) at *(time):* **10:00 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Ventura Superior Court Accepted through eDelivery submitted 05-19-2023 at 11:13:06 AM

| PETITIONER: Jacqui Ruh<br>RESPONDENT: HCA HEALTHCARE, INC. | CASE NUMBER:<br>2023CUOE007969 |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of: **LOS ROBLES REGIONAL MEDICAL CENTER**
under the following Code of Civil Procedure section:

☑ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: **Jeffrey Buan - Precedent Legal Services, Inc.**
b. Address: **421 Broadway Ste 468, Ste 506 San Diego, CA 92101**
c. Telephone number: **(619) 550-1589**
d. **The fee** for service was: **$ .00**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.: **2016225465**
(iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/12/2023**

**Precedent Legal Services, Inc.**
**421 Broadway Ste 468, Ste 506**
**San Diego, CA 92101**
**www.precedentlegalca.com**

**Jeffrey Buan** ▶ [signature]
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Ventura Superior Court Accepted through eDelivery submitted 05-19-2023 at 11:13:06 AM

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
David Meyers | SBN: 206137
The Myers Law Group, APC
9327 Fairway View Pl Ste 100 Rancho Cucamonga, CA 917300969

TELEPHONE NO.: (909) 919-2027 | FAX NO. (888) 375-2102 | E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff:

FOR COURT USE ONLY

Electronically FILED by Superior Court of California County of Ventura 05/19/2023 Brenda L. McCormick Executive Officer and Clerk Yvette Madrigal Deputy Clerk

**VENTURA COUNTY SUPERIOR COURT**
STREET ADDRESS: 800 S. VICTORIA AVE.
MAILING ADDRESS:
CITY AND ZIP CODE: VENTURA, CA 93009
BRANCH NAME: WEST VENTURA COUNTY

Dept/Div:

PLAINTIFF: Jacqui Rum
DEFENDANT: HCA HEALTHCARE, INC.

CASE NUMBER: 2023CUOE007969

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 12920

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Minute Order and Notice of Case Assignment**
3. a. Party served *(specify name of party as shown on documents served):*
   **HEALTHTRUST WORKFORCE SOLUTIONS, LLC;**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **John Montijo - CT Corporation System - Agent for Service**
   **Age: 20's Weight: 150 Hair: Black Sex: Male Height: 5'6 Eyes: Brown Race: Hispanic**
4. Address where the party was served: **330 N Brand Blvd Glendale, CA 91203-2308**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/8/2023** (2) at *(time):* **10:00 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Ventura Superior Court Accepted through eDelivery submitted 05-19-2023 at 11:13:06 AM

| PETITIONER: Jacqui Ruiz<br>RESPONDENT: HCA HEALTHCARE, INC. | CASE NUMBER:<br>2023CUOE007969 |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of: **HEALTHTRUST WORKFORCE SOLUTIONS, LLC;**
under the following Code of Civil Procedure section:

☑ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: **Jeffrey Buan - Precedent Legal Services, Inc.**
b. Address: **421 Broadway Ste 468, Ste 506 San Diego, CA 92101**
c. Telephone number: **(619) 550-1589**
d. **The fee** for service was: **$ .00**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.: **2016225465**
(iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/12/2023**

**Precedent Legal Services, Inc.**
**421 Broadway Ste 468, Ste 506**
**San Diego, CA 92101**
**www.precedentlegalca.com**

**Jeffrey Buan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Ventura Superior Court Accepted through eDelivery submitted 05-19-2023 at 11:13:06 AM

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

Superior Court of California, County of Ventura, Hall of Justice, Department 43

**2023CUOE007969** May 22, 2023
**JACQUI RUM vs HCA HEALTHCARE INC, et al.** 8:30 AM

Judge: Honorable Ben Coats
Judicial Assistant: Lynnie Reeser
CSR: None

APPEARANCES:

Jason T. Hatcher, counsel, present for Plaintiff(s) telephonically.

**NATURE OF PROCEEDINGS:** Case Management Conference

8:55 a.m. Court convenes in this matter.

Appearances are as noted above. There is no appearance by the defendant.

Case Management Conference is held.

The Court finds/orders:

Case Management Conference is scheduled for 09/27/2023 at 08:30 AM in Department 43 at Hall of Justice.

Notice to be given by counsel for plaintiff.

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

*COURTHOUSE ADDRESS:*
Hall of Justice
800 South Victoria Ave
Ventura, CA 93009

*PLAINTIFF/PETITIONER:* Jacqui Rum

*DEFENDANT/RESPONDENT:* HCA Healthcare Inc

*CASE TITLE:*
JACQUI RUM vs HCA HEALTHCARE INC, et al.

## NOTICE OF REJECTION

*CASE NUMBER:* 2023CUOE007969

**Your submission cannot be processed for the following reason(s):**

Document: Proof of Service of Summons

☐ Fee(s) due: Please resubmit with a money order or check in the amount of $__________. DO NOT send cash.

☐ Unable to file without leave of court. No order on file.

☐ Unable to file default. Responsive pleading filed on _____________.

☐ Dismissal entered on _____________.

☐ Judgment entered on _____________.

☐ Document previously filed on _____________. Please re-check your records.

☐ Pleading(s) must comply with California Rules of Court 2.111 et. seq.

☐ Parties' name(s) on Proof of Service does not match parties on Complaint.

☑ Other: Section 5B is missing the "Time" the documents were left" and the name of the person they left it with "in the presence of (name and title or relationship to person indicated in item 3)"

Should you need further assistance, please call the Civil Clerk's Office at (805) 289-8525.

Please return this correspondence with your resubmission.

Clerk of the Court,

Date: 05/17/2023

By: [signature]
Nina Lemos

Electronically
FILED
by Superior Court of California
County of Ventura
05/25/2023
Brenda L. McCormick
Executive Officer and Clerk
Nina Lemos
Deputy Clerk

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 11:07:51 AM

David P. Myers (SBN 206137)
*dmyers@myerslawgroup.com*
Jason Hatcher (SBN 285481)
*jhatcher@myerslawgroup.com*
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Ste. 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff JACQUI RUM and all others similarly situated.

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF VENTURA**

| | |
|---|---|
| JACQUI RUM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HCA HEALTHCARE, INC., a Delaware Corporation; HEALTHTRUST WORKFORCE SOLUTIONS, LLC, a Tennessee Limited Liability Company; LOS ROBLES REGIONAL MEDICAL CENTER, a California Corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 2023CUOE007969<br><br>CLASS ACTION<br><br>*Assigned To: Hon. Ben Coats*<br><br>**NOTICE OF RULING AT CASE MANAGEMENT CONFERENCE**<br><br>Date: May 22, 2023<br>Time: 8:30 a.m.<br>Dept: 43 |

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 11:07:51 AM

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that on May 22, 2023, at 8:30 a.m., the Initial Case Management Conference came on hearing in Department 43 of the Ventura Superior Court, located at 800 South Victoria Avenue, Ventura, California 93009, the Honorable Ben Coats presiding. Jason Hatcher, of The Myers Law Group, A.P.C., appeared telephonically on behalf of Plaintiff Jacqui Rum and the putative class. No appearances were made on behalf of Defendants.

The Court RULED as follows:

1. A Case Management Conference is scheduled for September 27, 2023, at 8:30 a.m. in Department 43 at Ventura Superior Court – Hall of Justice.
2. Plaintiff to give notice.

Attached hereto as Exhibit A, is a true and correct copy of the Court's May 22, 2023, minute order.

Dated: May 24, 2023

Respectfully submitted,
**THE MYERS LAW GROUP, APC**

By: ______________________
David P. Myers,
Jason Hatcher
Attorneys for JACQUI RUM, on behalf of herself and all others similarly situated.

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 11:07:51 AM

# Exhibit A

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

Superior Court of California, County of Ventura, Hall of Justice, Department 43

**2023CUOE007969** May 22, 2023
**JACQUI RUM vs HCA HEALTHCARE INC, et al.** 8:30 AM

Judge: Honorable Ben Coats
Judicial Assistant: Lynnie Reeser
CSR: None

APPEARANCES:

Jason T. Hatcher, counsel, present for Plaintiff(s) telephonically.

**NATURE OF PROCEEDINGS:** Case Management Conference

8:55 a.m. Court convenes in this matter.

Appearances are as noted above. There is no appearance by the defendant.

Case Management Conference is held.

The Court finds/orders:

Case Management Conference is scheduled for 09/27/2023 at 08:30 AM in Department 43 at Hall of Justice.

Notice to be given by counsel for plaintiff.

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 11:07:51 AM

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 11:07:51 AM

**PROOF OF SERVICE**

I am employed in the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is 9327 Fairway View Place Ste. 100, , Rancho Cucamonga, CA 91730.

On May 17, 2023, I served the foregoing document described as **PLAINTIFF'S CASE MANAGEMENT CONFERENCE** by serving interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

HCA Healthcare, Inc.
Agent: Elaine Selan
416 W. San Ysidro Blvd., L-1958
San Ysidro, CA., 92173

Healthtrust Workforce Solutions, LLC
Agent: CT Corporation System
330 N. Brand Blvd.
Glendale, CA., 91203

Los Robles Regional Medical Center
Agent: CT Corporation System
330 N. Brand Blvd.
Glendale, CA., 91203

I am "readily familiar" with the firm's practice of services of process. Under that practice, this document would be deposited:

__X__ **(BY CERTIFIED MAIL)**: with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

______ **(BY UPS)** Overnight Delivery with the envelope placed in or with a facility maintained by the overnight delivery carrier with fees paid for or provided for.

______ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be personally served by messenger to the above addresses(s)

______ **(BY ELECTRONIC SERVICE)** I served the document(s) described above by emailing to the person(s) at the electronic address(es) listed above. I did not receive any electronic message or indication that the transmission was unsuccessful. My email address is ymedina@myerslawgroup.com

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 25, 2023 at Rancho Cucamonga, California.

*Yvonne Medina* [signature]
________________________________
Yvonne Medina

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Jason Hatcher (SBN 285481)
THE MYERS LAW GROUP, A.P.C.
9327 Fairway View Place. Ste. 100,
Rancho Cucamonga, CA 91730
TELEPHONE NO.: (909) 919-2027 FAX NO. *(Optional):* (888) 375-2102
E–MAIL ADDRESS *(Optional):* jhatcher@myerslawgroup.com
ATTORNEY FOR *(Name):* Plaintiff JACQUI RUM

*FOR COURT USE ONLY*

Electronically
**FILED**
by Superior Court of California
County of Ventura
05/25/2023
Brenda L. McCormick
Executive Officer and Clerk
Nina Lemos
Nina Lemos
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** VENTURA
STREET ADDRESS: 800 South Victoria
MAILING ADDRESS: 800 South Victoria
CITY AND ZIP CODE: Ventura, 93009
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER: Jacqui Rum

DEFENDANT/RESPONDENT: HCA Healthcare, Inc., et al.

CASE NUMBER: 2023CUOE007969

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* SEE ATTACHMENT PAGE
3. a. Party served *(specify name of party as shown on documents served):*
   Defendant HCA Healthcare, Inc.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Agent Chelsea Carlson
4. Address where the party was served:
   30 N. Gould, Suite R, Sheridan, WY 82801
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 02:04:15 PM

| PLAINTIFF/PETITIONER: Jacqui Rum<br>DEFENDANT/RESPONDENT: HCA Healthcare, Inc., et al. | CASE NUMBER: 2023CUOE007969 |
|---|---|

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 02:04:15 PM

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☑ **by other means** *(specify means of service and authorizing code section):*

   by Certified Mail with Return Receipt Requested (Code of Civ. Proc. § 415.40). I mailed the documents listed in item 2 to the address shown in item 4 on 05/04/2023

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* HCA Healthcare, Inc.
   under the following Code of Civil Procedure section:

   ☑ 416.10 (corporation)
   ☐ 416.20 (defunct corporation)
   ☐ 416.30 (joint stock company/association)
   ☐ 416.40 (association or partnership)
   ☐ 416.50 (public entity)
   ☐ 415.95 (business organization, form unknown)
   ☐ 416.60 (minor)
   ☐ 416.70 (ward or conservatee)
   ☐ 416.90 (authorized person)
   ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**
   a. Name: Yvonne Medina
   b. Address: 9327 Fairway View Place, Ste 100 Rancho Cucamonga, CA 91730
   c. Telephone number: (909) 919-2027
   d. **The fee** for service was: $
   e. I am:
   (1) ☐ not a registered California process server.
   (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ a registered California process server:
   (i) ☐ owner ☐ employee ☐ independent contractor.
   (ii) Registration No.:
   (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 05/25/2023

Yvonne Medina
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ Yvonne Medina
(SIGNATURE)

MC-025

| SHORT TITLE: Jacqui Rum v. HCA Healthcare, Inc., et al. | CASE NUMBER: 2023CUOE007969 |
|---|---|

**ATTACHMENT** *(Number)*: 2.f.

*(This Attachment may be used with any Judicial Council form.)*

Notice of Case Assignment and Mandatory Appearance and Minute Order RE Complex Case & Class Action Designation.

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 02:04:15 PM

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page** 1 **of** 1

*(Add pages as required)*

Rum, Jaquin (13930)
Certified Mail Receipt RE
Service of Summons & Complaint

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 02:04:15 PM

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7022 3330 0000 1890 2105

Certified Mail Fee
$ 4.15

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 3.35
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage
$ 2.46

Total Postage and Fees
$

Postmark Here
5/4/23

Sent To: HCA Healthcare Inc. Attn: CEO & President

Street and Apt. No., or PO Box No.: 30 N. Gould Ste. R

City, State, ZIP+4®: Sheridan, WY 82801

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Ruiz, Jacqueline (12920)
Returned Cert. Mail
Receipt RE service
Summons & Complaint

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 02:04:15 PM

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HCA Healthcare, Inc.
Attn: CEO & President
30 N. Gould Suite R
Sheridan, Wy 82801

9590 9402 7411 2055 7372 68

2. Article Number *(Transfer from service label)*

7022 3330 0000 1890 2105

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Chelsea Carlson ☑ Agent ☐ Addressee

B. Received by *(Printed Name)* WYCO

C. Date of Delivery 5/9/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Jason Hatcher (SBN 285481)
THE MYERS LAW GROUP, A.P.C.
9327 Fairway View Place. Ste. 100,
Rancho Cucamonga, CA 91730
TELEPHONE NO.: (909) 919-2027 FAX NO. *(Optional):* (888) 375-2102
E–MAIL ADDRESS *(Optional):* jhatcher@myerslawgroup.com
ATTORNEY FOR *(Name):* Plaintiff JACQUI RUM

*FOR COURT USE ONLY*

Electronically FILED by Superior Court of California County of Ventura 05/25/2023 Brenda L. McCormick Executive Officer and Clerk Nina Lemos Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** VENTURA
STREET ADDRESS: 800 South Victoria
MAILING ADDRESS: 800 South Victoria
CITY AND ZIP CODE: Ventura, 93009
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER: Jacqui Rum

DEFENDANT/RESPONDENT: HCA Healthcare, Inc., et al.

CASE NUMBER: 2023CUOE007969

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* First Amended Complaint
3. a. Party served *(specify name of party as shown on documents served):*
   Defendant HCA Healthcare, Inc.

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Agent RAINC
4. Address where the party was served:
   30 N. Gould, Suite R, Sheridan, WY 82801
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 02:04:15 PM

| PLAINTIFF/PETITIONER: Jacqui Rum | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HCA Healthcare, Inc., et al. | 2023CUOE007969 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☑ **by other means** *(specify means of service and authorizing code section):*

by Certified Mail with Return Receipt Requested (Code of Civ. Proc. § 415.40). I mailed the documents listed in item 2 to the address shown in item 4 on 05/11/2023

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* HCA Healthcare, Inc.

under the following Code of Civil Procedure section:

☑ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**

a. Name: Yvonne Medina

b. Address: 9327 Fairway View Place, Ste 100 Rancho Cucamonga, CA 91730

c. Telephone number: (909) 919-2027

d. **The fee** for service was: $

e. I am:

(1) ☐ not a registered California process server.

(2) ☑ exempt from registration under Business and Professions Code section 22350(b).

(3) ☐ a registered California process server:

(i) ☐ owner ☐ employee ☐ independent contractor.

(ii) Registration No.:

(iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 05/25/2023

Yvonne Medina
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ Yvonne Medina
(SIGNATURE )

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 02:04:15 PM

Ruiz, Jacquie (12929)
Certified Mail Receipt
RE Service of First
Amended Complaint

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 02:04:15 PM

7022 3330 0000 1720 7720

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.15

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ 3.35
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here
5/11/23

Postage
$ 2.46

Total Postage and Fees
$ 9.96

Sent To
HCA Healthcare, Inc. Attn: CEO & President

Street and Apt. No., or PO Box No.
30 N. Gould STE. R

City, State, ZIP+4®
Sheridan, WY 82801

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Case No. 12920
Rum, Jacqui
First Amended Complaint

Ventura Superior Court Accepted through eDelivery submitted 05-25-2023 at 02:04:15 PM

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HCA Healthcare, Inc.
Attn: CEO & President
30 N. Gould STE. R
Sheridan, WY 82801

9590 9402 7411 2055 7372 51

2. Article Number *(Transfer from service label)*

7022 3330 0000 1720 7720

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by *(Printed Name)* RAINC

C. Date of Delivery 5/15/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA**

*COURTHOUSE ADDRESS:*
Hall of Justice
800 South Victoria Ave
Ventura, CA 93009

*PLAINTIFF/PETITIONER:* Jacqui Rum

*DEFENDANT/RESPONDENT:* HCA Healthcare Inc

*CASE TITLE:*
JACQUI RUM vs HCA HEALTHCARE INC, et al.

| **NOTICE OF REJECTION** | *CASE NUMBER:* 2023CUOE007969 |
|---|---|

**Your submission cannot be processed for the following reason(s):**

Document: Proof of Service of Summons

- ☐ Fee(s) due: Please resubmit with a money order or check in the amount of $__________. DO NOT send cash.
- ☐ Unable to file without leave of court. No order on file.
- ☐ Unable to file default. Responsive pleading filed on ____________.
- ☐ Dismissal entered on ____________.
- ☐ Judgment entered on ____________.
- ☐ Document previously filed on ____________. Please re-check your records.
- ☐ Pleading(s) must comply with California Rules of Court 2.111 et. seq.
- ☐ Parties' name(s) on Proof of Service does not match parties on Complaint.
- ☑ Other: Section 5B is missing the "Time" the documents were left" and the name of the person they left it with "in the presence of (name and title or relationship to person indicated in item 3)"

Should you need further assistance, please call the Civil Clerk's Office at (805) 289-8525.

Please return this correspondence with your resubmission.

Clerk of the Court,

Date: 05/17/2023

By: [signature]
Nina Lemos

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
David Meyers | SBN: 206137
The Myers Law Group, APC
9327 Fairway View Pl Ste 100 Rancho Cucamonga, CA 917300969

TELEPHONE NO.: (909) 919-2027 | FAX NO. (888) 375-2102 | E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff:

FOR COURT USE ONLY

Electronically **FILED** by Superior Court of California County of Ventura 05/31/2023 Brenda L. McCormick Executive Officer and Clerk
Nina Lemos
Nina Lemos
Deputy Clerk

**VENTURA COUNTY SUPERIOR COURT**
STREET ADDRESS: 800 S. VICTORIA AVE.
MAILING ADDRESS:
CITY AND ZIP CODE: VENTURA, CA 93009
BRANCH NAME: WEST VENTURA COUNTY

Dept/Div:

PLAINTIFF: Jacqui Rum
DEFENDANT: HCA HEALTHCARE, INC.

CASE NUMBER: 2023CUOE007969

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 12920

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: **Frist Amended Class Action Complaint; Notice of Ruling at Case Managment Conference**
3. a. Party served *(specify name of party as shown on documents served)*:
   **LOS ROBLES REGIONAL MEDICAL CENTER**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Jessie Gastelum - CT - Agent of CT**
   **Age: 30s Weight: 130 Hair: Brown Sex: Female Height: 5-4 Eyes: Brown Race: Hispanic**
4. Address where the party was served: **CT Corporation System**
   **330 N. Brand BLVD**
   **Glendale, CA**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **5/30/2023** (2) at *(time)*: **12:40 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Ventura Superior Court Accepted through eDelivery submitted 05-31-2023 at 11:23:12 AM

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of: **LOS ROBLES REGIONAL MEDICAL CENTER**
under the following Code of Civil Procedure section:

☑ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: **Jeffrey Buan - Precedent Legal Services, Inc.**
b. Address: **421 Broadway Ste 468, Ste 506 San Diego, CA 92101**
c. Telephone number: **(619) 550-1589**
d. **The fee** for service was: **$ 110.00**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.: **2016225465**
(iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/31/2023**

**Precedent Legal Services, Inc.**
**421 Broadway Ste 468, Ste 506**
**San Diego, CA 92101**
**www.precedentlegalca.com**

**Jeffrey Buan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)



Ventura Superior Court Accepted through eDelivery submitted 05-31-2023 at 11:23:12 AM

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*): FOR COURT USE ONLY

David Meyers | SBN: 206137
The Myers Law Group, APC
9327 Fairway View Pl Ste 100 Rancho Cucamonga, CA 917300969

TELEPHONE NO.: (909) 919-2027 | FAX NO. (888) 375-2102 | E-MAIL ADDRESS (*Optional*):
ATTORNEY FOR (*Name*): Plaintiff:

Electronically **FILED** by Superior Court of California County of Ventura 06/14/2023 Brenda L. McCormick Executive Officer and Clerk Nina Lemos Deputy Clerk

**VENTURA COUNTY SUPERIOR COURT**

STREET ADDRESS: 800 S. VICTORIA AVE.
MAILING ADDRESS:
CITY AND ZIP CODE: VENTURA, CA 93009
BRANCH NAME: WEST VENTURA COUNTY

Dept/Div:

PLAINTIFF: Jacqui Rum
DEFENDANT: HCA HEALTHCARE, INC.

CASE NUMBER: 2023CUOE007969

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 12920

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: **Frist Amended Class Action Complaint; Notice of Ruling at Case Managment Conference**
3. a. Party served *(specify name of party as shown on documents served)*:
   **HEALTHTRUST WORKFORCE SOLUTIONS, LLC,**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: **Jessie Gastelum - CT - Agent of CT**

   **Age: 30s Weight: 130 Hair: Brown Sex: Female Height: 5-4 Eyes: Brown Race: Hispanic**

4. Address where the party was served: **CT Corporation System**
   **330 N. Brand BLVD**
   **Glendale, CA**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **5/30/2023** (2) at *(time)*: **12:40 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Ventura Superior Court Accepted through eDelivery submitted 06-14-2023 at 10:42:37 AM

| | |
|---|---|
| PETITIONER: Jacqui Ruh<br>RESPONDENT: HCA HEALTHCARE, INC. | CASE NUMBER:<br>**2023CUOE007969** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of: **HEALTHTRUSTWORKFORCE SOLUTIONS, LLC**
under the following Code of Civil Procedure section:

☑ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: **Jeffrey Buan - Precedent Legal Services, Inc.**
b. Address: **421 Broadway Ste 468, Ste 506 San Diego, CA 92101**
c. Telephone number: **(619) 550-1589**
d. **The fee** for service was: **$ 55.00**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.: **2016225465**
(iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/31/2023**

**Precedent Legal Services, Inc.**
**421 Broadway Ste 468, Ste 506**
**San Diego, CA 92101**
**www.precedentlegalca.com**

**Jeffrey Buan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Ventura Superior Court Accepted through eDelivery submitted 06-14-2023 at 10:42:37 AM