David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
Andriana N. Bravo (SBN 349191)
abravo@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff JACQUI RUM, and all others similarly situated.

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUI RUM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HEALTHCARE, INC., a Delaware Corporation; HEALTHTRUST WORKFORCE SOLUTIONS, LLC, a Tennessee Limited Liability Company; LOS ROBLES REGIONAL MEDICAL CENTER, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-CV-05142-JFW(BFMx)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO PARTIALLY DISMISS, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGEMENT**<br><br>Date: January 22, 2024<br>Time: 1:30 p.m.<br>Courtroom: 7A<br><br>Complaint filed: April 19, 2023<br>Removed: June 30, 2023<br>Trial: October 29, 2024 |

Pursuant to Federal Rule of Civil Procedure 56, Local Rule 56-3 of the Central District of California, and the Court's Scheduling and Case Management Order, ¶ 4(c), [Dkt. 21], Plaintiff Jacqui Rum ("Plaintiff") submits the following objections to evidence submitted by Defendants HCA Healthcare, Inc., HealthTrust Workforce Solutions, LLC, and Los Robles Regional Medical Center's ("Defendants") in support of their alternative Motion for Partial Summary Judgment, [Dkt. 61-1].

**Statement of Uncontroverted Facts Paragraph 21:** Objection to supporting evidence of the declaration of Sondereker at ¶5 on the grounds that this statement lacks foundation and personal knowledge as Sondereker is not an employee of HCA Healthcare, Inc. It is inadmissible to be offered to factually establish HCA Healthcare, Inc.'s direction and intentions regarding collection efforts related to the StaRN Program. Fed. R. Evid. 602.

Sustained _______ Overruled _______

**Statement of Uncontroverted Facts Paragraph 21:** Objection to the supporting evidence of the declaration of Carpenter at ¶6 on the grounds that this statement lacks foundation and personal knowledge as Carpenter is not an employee of HCA Healthcare, Inc. It is inadmissible to be offered to factually establish HCA Healthcare, Inc.'s direction and intentions regarding collection efforts related to the StaRN Program. Fed. R. Evid. 602.

Sustained _______ Overruled _______

**Statement of Uncontroverted Facts Paragraph 29:** Objection to the supporting evidence of the declaration of Sondereker at ¶5 on the

grounds that this statement lacks foundation and personal knowledge as Sondereker is not an employee of HCA Healthcare, Inc. It is inadmissible to be offered to factually establish HCA Healthcare, Inc.'s direction and intentions regarding collection efforts related to the StaRN Program. Fed. R. Evid. 602.

Sustained _______ Overruled _______

**<u>Statement of Uncontroverted Facts Paragraph 29:</u>** Objection to the supporting evidence of the declaration of Carpenter at ¶7 on the grounds that this statement lacks foundation and personal knowledge as Carpenter is not an employee of HCA Healthcare, Inc. It is inadmissible to be offered to factually establish HCA Healthcare, Inc.'s direction and intention regarding collection efforts related to the StaRN Program. Fed. R. Evid. 602.

Sustained _______ Overruled _______

Date: December 29, 2023

**THE MYERS LAW GROUP, A.P.C.**

By: /s/Jason Hatcher
David P. Myers,
Jason Hatcher,
Andriana N. Bravo,
Attorneys for Plaintiff Jaqui Rum and all others similarly situated.