SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
JASON W. KEARNAGHAN, Cal. Bar No. 207707
jkearnaghan@sheppardmullin.com
HILARY A. HABIB, Cal. Bar No. 293431
hhabib@sheppardmullin.com
BRYANNE J. LEWIS, Cal Bar No. 311763
blewis@sheppardmullin.com
IAN A. MICHALAK, Cal. Bar No. 335425
imichalak@sheppardmullin.com
350 South Grand Ave, 40th Floor
Los Angeles, California 90071
Telephone: 213-620-1780
Facsimile: 213-620-1398

MELANIE M. HAMILTON, Cal. Bar No. 268037
mhamilton@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for Defendants
HCA HEALTHCARE, INC., HEALTHTRUST WORKFORCE SOLUTIONS, LLC, and LOS ROBLES REGIONAL MEDICAL CENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JACQUI RUM, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>HCA HEALTHCARE, INC., a Delaware Corporation; HEALTHTRUST WORKFORCE SOLUTIONS, LLC, a Tennessee Limited Liability Company; LOS ROBLES REGIONAL MEDICAL CENTER, a California Corporation; and DOES 1 through 100, inclusive<br><br>   Defendants. | Case No. 2:23-cv-05142-JFW-BFM<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Complaint Filed: April 19, 2023<br>FAC Filed: May 10, 2023<br>Trial Date: October 29, 2025 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, effective immediately, the mailing and physical service address for Richard Simmons, Jason Kearnaghan, Hilary Habib, Bryanne Lewis, and Ian Michalak of Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants, has changed to:

>Sheppard Mullin Richter & Hampton, LLP
>350 South Grand Avenue, 40th Floor
>Los Angeles, California 90071-3460

Please note that this notice changes the mailing address for our Los Angeles office only. All further written communications should be directed accordingly. However, email addresses, telephone and facsimile numbers remain unchanged

Dated: December 10, 2024　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By　　*/s/ Ian Michalak*
RICHARD J. SIMMONS
JASON W. KEARNAGHAN
MELANIE M. HAMILTON
HILARY A. HABIB
BRYANNE J. LEWIS
IAN A. MICHALAK

Attorneys for Defendants
HCA HEALTHCARE, INC., HEALTHTRUST WORKFORCE SOLUTIONS, LLC, and LOS ROBLES REGIONAL MEDICAL CENTER

SMRH:4935-7128-8581.1