David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
Andriana N. Bravo (SBN 349191)
abravo@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff JACQUI RUM, and all others similarly situated.

(*Counsel for Defendants on next page.*)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUI RUM, on behalf of herself and all others similarly situated<br><br>PLAINTIFF,<br><br>v.<br><br>HCA HEALTHCARE, INC., a Delaware Corporation; HEALTHTRUST WORKFORCE SOLUTIONS, LLC, a Tennessee Limited Liability Company; LOS ROBLES REGIONAL MEDICAL CENTER, a California Corporation; and DOES 1 through 100, inclusive<br><br>DEFENDANTS. | Case No. 2:23-CV-05142-JFW(BFMx)<br><br>CLASS ACTION<br><br>**JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. John F. Walter<br>Courtroom:   7A |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
JASON W. KEARNAGHAN, Cal. Bar No. 207707
jkearnaghan@sheppardmullin.com
HILARY A. HABIB, Cal. Bar No. 293431
hhabib@sheppardmullin.com
IAN A. MICHALAK, Cal. Bar No. 335425
imichalak@sheppardmullin.com
350 South Grand Ave., 40th Floor
Los Angeles, California 90071
Telephone: 213-620-1780
Facsimile: 213-620-1398

MELANIE M. HAMILTON, Cal. Bar No. 268037
mhamilton@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone:  714-513-5100
Facsimile:   714-513-5130

Attorneys for Defendants
HCA HEALTHCARE, INC., HEALTHTRUST WORKFORCE SOLUTIONS, LLC, and LOS ROBLES REGIONAL MEDICAL CENTER

1   Plaintiff Jacqui Rum ("Plaintiff") and Defendants HCA Healthcare, Inc., HealthTrust Workforce Solutions, LLC, and Los Robles Regional Medical Center ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby submit the following Joint Stipulation to File Second Amended Complaint:

WHEREAS, on April 1, 2024, the Parties participated in private mediation with Hon. Ann I. Jones (Ret.) and have reached a class action and Private Attorneys General Act ("PAGA") action settlement agreement: Joint Stipulation of Class Action and PAGA Action Settlement, ("Settlement Agreement"), to resolve the claims in this Action;

WHEREAS, pursuant to the Settlement Agreement, the Parties have agreed to obtain leave of court to allow Plaintiff to file the Second Amended Complaint attached hereto as Exhibit B;

WHEREAS, the Parties hereby agree and stipulate that Plaintiff shall be permitted to file the Second Amended Complaint to effectuate the Settlement Agreement, and hereby request that the Court grant such leave;

WHEREAS, the Parties further agree that if the Settlement Agreement is not approved by the Court, the Second Amended Complaint shall be null and void and the First Amended Complaint shall be the operative complaint in this Action, and the Action shall go forward based on the February 1, 2024 Class Certification Order and First Amended Complaint.

NOW, THEREFORE, the Parties hereby stipulate, and respectfully request the Court order, as follows:

1. Plaintiff shall have leave to file the Second Amended Complaint (attached hereto as Exhibit B);

2. The Court's order shall deem the Second Amended Complaint filed as of the date the Court grants preliminary approval of the Joint Stipulation of Class Action and PAGA Action Settlement ("Settlement Agreement").

///

| | | |
|---|---|---|
| Dated: May 30, 2025 | | **THE MYERS LAW GROUP, APC** |
| | By: | /s/Jason Hatcher |
| | | David P. Myers |
| | | Jason Hatcher |
| | | Andriana N. Bravo |
| | | Attorneys for Plaintiff Jacqui Rum, on behalf of herself and similarly situated individuals |
| Dated: May 29, 2025 | | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| | By: | /s/ Ian A. Michalak |
| | | Richard J. Simmons |
| | | Jason W. Kearnaghan |
| | | Melanie M. Hamilton |
| | | Ian A. Michalak |
| | | Attorneys for Defendants HCA Healthcare, Inc, Healthtrust Workforce Solutions, LLC, and Los Robles Regional Medical Center |

DECLARATION OF CONSENT

Pursuant to Local Rules regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for each of the Parties above.

*/s/Jason Hatcher*
Jason Hatcher