UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 23-5142-JFW(BFMx)**  Dated: **September 29, 2025**

Title: **Jacqui Rum -v- HCA Heathcare, Inc., et al.**

PRESENT:  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                          Miranda Algorri
Courtroom Deputy                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Jason T. Hatcher                         Jason W. Kearnaghan
Andriana Nicole Bravo

**PROCEEDINGS:   PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND PAGA ACTION SETTLEMENT AND FOR CLASS COUNSEL FEES, COST REIMBURSEMENT, SERVICE PAYMENT, ADMINISTRATION COSTS [97] Filed 9/8/25**

Case called, and counsel make their appearance.

For the reasons stated on the record, the Court Grants Plaintiff's Motion for Final Approval of Class and Paga Action Settlement and for Class Counsel Fees, Cost Reimbursement, Service Payment, Administration Costs.

The Court will sign the proposed order and judgment lodged on September 8, 2025 [97-11].

Initials of Deputy Clerk ___sr___

0/10